**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

**AFFIRMATION OF SERVICE**



*184789*

Index no : **7:25-cv-07024-NSR**
Date Filed: **09/04/2025**

| Plaintiff(s): | **DAVID SOFER AND D&BS INVESTORS GROUP LLC** |
|---|---|
| Defendant(s): | **YECHIEL "SAM" SPREI, ET AL** |

**Kerry Gunner**, affirms: that the deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **09/11/2025** at **3:39 PM**, at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT AND CIVIL COVER SHEET** upon **ANHUI EDGEWATER ST. REALTY LLC** at One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231.

Defendant/respondent in this action by delivering and leaving with **CONSUELO AGUILERA**, authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section **303 of the Limited Liability Company Law**.

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of the State of New York duly authorized to accept such service on the behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows :

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Light | Brown | 45-53 | 5Ft4In-5Ft5In | 145-150lbs |
| Other Features: | | | | | |

Documents were properly endorsed with index number and date of filing.

I affirm this 12th day of September, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
Kerry Gunner
Status LLC
P. O. Box 370
Bayville, NJ 08721
914-505-3539
2025057500
2025057500

Notary Not Required Pursuant To N.Y. CPLR 2106

