# AFFIRMATION OF SERVICE

| | | |
|---|---|---|
| **State of New York** | **County of** | **Federal Court** |

Index Number: 7:25-CV-07024
Date Filed: _____

STS2025070575

Plaintiff:
**DAVID SOFER AND D&BS INVESTORS GROUP LLC**

vs.

Defendant:
**YECHIEL "SAM" SPREI, ET AL**

For:
Avram Frisch, Esq.

Received by STATUS, L.L.C. to be served on **YECHIEL "SAM" SPREI, 4203 13TH AVE, BROOKLYN, NY 11219**.

I, MOHAMMED AL-ATRASH DCA #2094622, do hereby affirm that on the **20th day of November, 2025** at **10:58 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **"JANE" "DOE" (REFUSED NAME)** as **SUITABLE AGE PERSON/ CO-WORKER** at the address of: **4203 13TH AVE, BROOKLYN, NY 11219**, the within named person's usual place of **Work**, who resides therein, who is fourteen (14) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Perceived Description** of Person Served: Age: 30, Gender: F, Race: WHITE, Height: 5'2", Weight: 120, Hair: BLACK, Glasses: -

I affirm this __29__ day of __Nov.__, __25__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

MOHAMMED AL-ATRASH DCA #2094622

11-29-25
**Date**

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2025070575
Service Fee: _____

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c