UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
DAVID SOFER and D&BS INVESTORS GROUP LLC,

   Plaintiffs,

 -against-

YECHIEL "SAM" SPREI; EDWARD HAROLD KING; FRANK SEDDIO; ANHUI EDGEWATER ST. REALTY LLC IDEAL PARADISE LLC; CHUN PETER DONG; JOHN DOES 1-10; and ABC COMPANIES 1-10,

   Defendants.
---------------------------------------------------------------X

Dkt. No. 7:25-cv-07024-NSR

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted to practice in this court, and am appearing in this case as counsel for Defendants:

Yechiel "Sam" Sprei; Frank Seddio; and Anhui Edgewater St. Realty LLC.

Dated: January 14, 2026
Brooklyn, New York

         _____
         Yeshaya Gorkin, Esq. #5602354
         **AINSWORTH GORKIN PLLC**
         1188 President St., Suite 203
         Brooklyn, NY 11225
         T: (212) 813-0217
         E: shaya@ainsworthgorkin.com