UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
DAVID SOFER and D&BS INVESTORS GROUP LLC,

      Plaintiffs,

-against-

YECHIEL "SAM" SPREI; EDWARD HAROLD KING; FRANK SEDDIO; ANHUI EDGEWATER ST. REALTY LLC IDEAL PARADISE LLC; CHUN PETER DONG; JOHN DOES 1-10; and ABC COMPANIES 1-10,

      Defendants.
----------------------------------------------------------------X

Dkt. No. 7:25-cv-07024-NSR

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted to practice in this court, and am appearing in this case as counsel for Defendants:

Yechiel "Sam" Sprei; Frank Seddio; and Anhui Edgewater St. Realty LLC.

Dated: January 14, 2026
Brooklyn, New York

_____
Chang Hahn, Esq. #5921911
**AINSWORTH GORKIN PLLC**
1188 President St., Suite 203
Brooklyn, NY 11225
T: (212) 813-0217
E: shaya@ainsworthgorkin.com