

March 2, 2026

**Via ECF and e-mail**
Honorable Nelson S. Román
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *Sofer and DB&S Investors Group LLC v. Sprei, et al.*,
       No. 7:25-cv-07024-NSR

Judge Román:

 We represent Defendants Yechiel "Sam" Sprei, Anhui Edgewater St. Realty LLC, and Frank Seddio ("Defendants") in the above-captioned case. Plaintiffs and Defendants are in the midst of negotiating a potential settlement in this matter. In light of such negotiations, Defendants respectfully request a two-week extension for each of the briefs due on Defendants' Motion to Dismiss. Plaintiffs have consented to such extension.

            Sincerely,

            _____
            Yeshaya Gorkin, Esq.
            **AINSWORTH GORKIN PLLC**
            1188 President St., Suite 203
            Brooklyn, NY 11225
            T: (212) 813-0217
            E: sgorkin@ainsworthgorkin.com
            *Attorneys for Defendant Yechiel "Sam" Sprei, Frank Seddio, and Anhui Edgewater St. Realty LLC*

CC: All Counsel of Record via ECF