USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2026

# Ainsworth Gorkin
Attorneys at Law

**Via ECF and e-mail**
Honorable Nelson S. Román
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

The Court grants the Defendants' request for an extension of time for the Defendants' motion to dismiss briefs. The revised briefing schedule is as follows:

- Defendants' motion papers shall be served (not filed) on April 7, 2026.
- Plaintiffs' opposition papers shall be served (not filed) on May 15, 2026; and
- Defendants' reply papers shall be served on June 1, 2026.

The parties are directed to file all motion documents on the reply date, June 1, 2026. The parties are further directed to mail two physical copies and email one electronic copy to Chambers of all motion documents at the time they are served.

Dated: March 3, 2026
White Plains, New York

SO ORDERED:

*[signature]*
NELSON S. ROMÁN
United States District Judge

Re:   *Sofer and DB&S Investors Group LLC v. Sprei, et al.*,
      No. 7:25-cv-07024-NSR

**MEMO ENDORSED**

Judge Román:

We represent Defendants Yechiel "Sam" Sprei, Anhui Edgewater St. Realty LLC, and Frank Seddio ("Defendants") in the above-captioned case. Plaintiffs and Defendants are in the midst of negotiating a potential settlement in this matter. In light of such negotiations, Defendants respectfully request a two-week extension for each of the briefs due on Defendants' Motion to Dismiss. Plaintiffs have consented to such extension.

Sincerely,

*[signature]*
Yeshaya Gorkin, Esq.
**AINSWORTH GORKIN PLLC**
1188 President St., Suite 203
Brooklyn, NY 11225
T: (212) 813-0217
E: sgorkin@ainsworthgorkin.com
*Attorneys for Defendant Yechiel "Sam" Sprei, Frank Seddio, and Anhui Edgewater St. Realty LLC*

CC: All Counsel of Record via ECF