

ainsworthgorkin.com    1188 President Street, Suite 203
(212) 913-0217    Brooklyn, New York 11225

April 7, 2026

**Via ECF and e-mail**
Honorable Nelson S. Román
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *Sofer and DB&S Investors Group LLC v. Sprei, et al.,*
No. 7:25-cv-07024-NSR

Dear Judge Román:

We represent Defendants Yechiel "Sam" Sprei, Anhui Edgewater St. Realty LLC, and Frank R. Seddio (collectively, the "Defendants") in the above-captioned action. The parties have exchanged draft settlement agreements and are presently at the cusp of finalizing a resolution of this matter. In light of these developments, Defendants respectfully request a ten-day extension of the deadlines for the briefing schedule in connection with Defendants' Motion to Dismiss. Plaintiffs have consented to the requested extension.

Respectfully submitted,

Yeshaya Gorkin, Esq.

CC: All Counsel of Record via ECF