**Ainsworth Gorkin**
Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/7/2026___

MEMO ENDORSED

April 7, 2026

**Via ECF and e-mail**
Honorable Nelson S. Román
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *Sofer and DB&S Investors Group LLC v. Sprei, et al.*,
       No. 7:25-cv-07024-NSR

Dear Judge Román:

    We represent Defendants Yechiel "Sam" Sprei, Anhui Edgewater St. Realty LLC, and Frank R. Seddio (collectively, the "Defendants") in the above-captioned action. The parties have exchanged draft settlement agreements and are presently at the cusp of finalizing a resolution of this matter. In light of these developments, Defendants respectfully request a ten-day extension of the deadlines for the briefing schedule in connection with Defendants' Motion to Dismiss. Plaintiffs have consented to the requested extension.

                                    Respectfully submitted,

                                    Yeshaya Gorkin, Esq.

The Court grants the Defendants' request for an extension of time for the Defendants' motion to dismiss briefs. The revised briefing schedule is as follows:

- Defendants' motion papers shall be served (not filed) on April 21, 2026.
- Plaintiffs' opposition papers shall be served (not filed) on May 29, 2026; and
- Defendants' reply papers shall be served on June 15, 2026.

The parties are directed to file all motion documents on the reply date, June 15, 2026. The parties are further directed to mail two physical copies and email one electronic copy to Chambers of all motion documents at the time they are served. The Clerk of Court is directed to terminate the motion at ECF No. 32.
Dated: April 7, 2026
       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge