**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
DAVID SOFER and D&BS INVESTORS GROUP
LLC,

        Plaintiffs,

   -against-

YECHIEL "SAM" SPREI; EDWARD HAROLD KING;
FRANK SEDDIO; ANHUI EDGEWATER ST. REALTY
LLC IDEAL PARADISE LLC; CHUN PETER DONG;
JOHN DOES 1-10; and ABC COMPANIES 1-10,

        Defendants.
---------------------------------------------------------------X

Dkt. No. 7:25-cv-07024-NSR
Hon. Nelson Román

**NOTICE OF MOTION TO
WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTIC**E that Ainsworth Gorkin PLLC requests, pursuant to Local Civil Rule 1.4 of the United States Courts for the Southern and Eastern Districts of New York, that the Court issue an Order:

(1) Permitting Ainsworth Gorkin PLC to withdraw as attorneys of record for Defendants Yechiel "Sam" Sprei, Frank Seddio, and Anhui Edgewater St. Realty LLC;

(2) Extending Defendant's time to answer or otherwise move against the Complaint;

(3) All such other and further relief as this Court deems just and proper.

In support of this motion, I submit my own declaration in support of Motion to Withdraw as Counsel and a Proposed Order Granting Motion to Withdraw.

Dated: April 20, 2026
Brooklyn, New York

                               **AINSWORTH GORKIN PLLC**

                               By: _____
                               Yeshaya Gorkin, Esq.
                               1188 President St., Suite 203
                               Brooklyn, NY 11225
                               T: (212) 813-0217
                               E: shaya@ainsworthgorkin.com