**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

DAVID SOFER and D&BS INVESTORS GROUP
LLC,

           Plaintiffs,

    -against-

YECHIEL "SAM" SPREI; EDWARD HAROLD KING;
FRANK SEDDIO; ANHUI EDGEWATER ST. REALTY
LLC IDEAL PARADISE LLC; CHUN PETER DONG;
JOHN DOES 1-10; and ABC COMPANIES 1-10,

           Defendants.

-----------------------------------------------------------------X

Dkt. No. 7:25-cv-07024-NSR
Hon. Nelson Román

**DECLARATION OF
YESHAYA GORKIN IN
SUPPORT OF MOTION TO
WITHDRAW**

      **YESHAYA GORKIN** declares under penalty of perjury pursuant to 28 U.S.C. § 1746, the

following:

      1.     I am an attorney duly admitted to practice before this Court and a member of

Ainsworth Gorkin PLLC, attorneys of record for Defendants Yechiel "Sam" Sprei, Frank Seddio,

and Anhui Edgewater St. Realty LLC (the "Clients") in this Action. I submit this declaration in

support of the firm's motion, pursuant to Local Civil Rule 1.4, for leave to withdraw as counsel for

the Clients.

      2.     I am fully familiar with the facts and circumstances relevant to this application

based upon my personal involvement in the representation and my review of the file maintained

by my office.

      3.     Since appearing in this matter, counsel has made good-faith efforts to represent the

Clients diligently and to maintain a workable attorney-client relationship.

      4.     A serious and irretrievable breakdown in the attorney-client relationship has

occurred, such that continued representation has become impossible.

5.      In particular, there has been a breakdown in communications and in the working relationship between counsel and the Clients concerning the representation of this matter. As a result, counsel can no longer effectively carry out the representation in a manner consistent with counsel's professional obligations.

6.      Because the grounds for withdrawal involve confidential communications and matters protected by the attorney-client privilege and work-product doctrine, I do not set forth additional detail in this public filing. If the Court wishes, counsel is prepared to provide further information for *in camera* review or under seal.

7.      The Clients have been advised of counsel's intent to seek withdrawal.

8.      To the best of counsel's knowledge, withdrawal at this time will not cause unfair prejudice that cannot be addressed through an appropriate scheduling adjustment, if the Court deems one necessary. The Parties have agreed to a settlement in principle, but the agreement is being finalized.

9.      It is my understanding that this matter has been settled in principle, but the agreement is being finalized.

10.      However, counsel respectfully requests that Defendants' time to answer, move, or otherwise respond to the Complaint be extended pending the execution of the settlement agreement, and for such additional period as the Court deems appropriate thereafter, so that Defendants are not prejudiced by counsel's withdrawal application.

11.      Counsel respectfully requests that, upon granting this motion, the Court direct that all future notices and papers be served directly upon the Clients at their last known addresses unless and until substitute counsel appears.

12.     Counsel further notes that Anhui Edgewater St. Realty LLC, as an entity, may not proceed pro se and therefore must appear through licensed counsel if this motion is granted.

13.     This motion is not made for purposes of delay, but because the breakdown in the relationship has made continued representation untenable.

14.     Accordingly, Ainsworth Gorkin PLLC respectfully requests that the Court issue an Order permitting it to withdraw as counsel for Defendants Yechiel "Sam" Sprei, Frank Seddio, and Anhui Edgewater St. Realty LLC, extending Defendants' time to answer, move, or otherwise respond to the Complaint so as to avoid prejudice to Defendants, and granting such other and further relief as the Court deems just and proper.

Dated: May 15, 2026
        Brooklyn, New York


                                    **AINSWORTH GORKIN PLLC**


                                    By: _____
                                    Yeshaya Gorkin, Esq.
                                    1188 President St., Suite 203
                                    Brooklyn, NY 11225
                                    T: (212) 813-0217
                                    E: shaya@ainsworthgorkin.com

                                    *Attorneys for Yechiel "Sam" Sprei,*
                                    *Frank Seddio, and Anhui Edgewater*
                                    *St. Realty LLC*

3