**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

DAVID SOFER and D&BS INVESTORS GROUP
LLC,

          Plaintiffs,

   -against-

YECHIEL "SAM" SPREI; EDWARD HAROLD KING;
FRANK SEDDIO; ANHUI EDGEWATER ST. REALTY
LLC IDEAL PARADISE LLC; CHUN PETER DONG;
JOHN DOES 1-10; and ABC COMPANIES 1-10,

          Defendants.

-----------------------------------------------------------------X

Dkt. No. 7:25-cv-07024-NSR
Hon. Nelson Román

**[PROPOSED] ORDER FOR**
**WITHDRAWAL OF**
**ATTORNEY**

**THE COURT** having received Ainsworth Gorkin PLLC's Motion to Withdraw as Counsel in the above-captioned case, and the Court having considered all papers filed in connection with this motion,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** granting the Motion to Withdraw and relieving Ainsworth Gorkin PLLC as counsel of record for Defendants Yechiel "Sam" Sprei, Frank Seddio, and Anhui Edgewater St. Realty LLC; it is further

**ORDERED ADJUDGED, AND DECREED** that the Clerk of Court shall terminate Ainsworth Gorkin PLLC as counsel of record for said Defendants on the docket; and it is further

**ORDERED ADJUDGED, AND DECREED** that, until substitute counsel appears, service upon Defendants Yechiel "Sam" Sprei, Frank Seddio, and Anhui Edgewater St. Realty LLC shall be made directly upon said Defendants at their last known addresses; and it is further

**ORDERED ADJUDGED, AND DECREED** that Defendant Anhui Edgewater St. Realty LLC, as a corporate entity, may not proceed pro se and shall retain substitute counsel who shall file a notice of appearance within thirty (30) days of service of this Order; and it is further

**ORDERED, ADJUDGED, AND DECREED** that the time for Defendants Yechiel "Sam" Sprei, Frank Seddio, and Anhui Edgewater St. Realty LLC to answer, move, or otherwise respond to the Complaint is extended for a period of thirty (30) days from service of a copy of this Order it is further

**ORDERED, ADJUDGED, AND DECREED** that outgoing counsel shall serve a copy of this Order upon all parties within ten (10) days of entry of this Order and shall promptly file proof of such service on the docket.


Date: _____          _____

United States District Court Judge
Southern District of New York