# UNITED STATES DISTRICT COURT

for the
SOUTHERN DISTRICT OF NEW YORK

**DAVID SOFER, D&BS INVESTORS GROUP LLC**

|  |  |
|---|---|
| *Plaintiff* | ) |
|  | ) |
| v. | ) |
|  | ) |
| **YECHIEL "SAM" SPREI, EDWARD HAROLD KING, FRANK SEDDIO, ANHUI EDGEWATER ST. REALTY LLC IDEAL PARADISE LLC, CHUN PETER DONG, JOHN DOES 1-10, ABC COMPANIES 1-10** | )  Civil Action No. 7:25-cv-07024-NSR |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

David Jacques, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on May 21, 2026, at 1:13 pm at DOS, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231, Deponent served the within Order For Withdrawal of Attorney, Declaration of Yeshaya Gorkin In Support of Motion To Withdraw, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Anhui Edgewater St. Realty LLC the Defendant in this action in the manner indicated below: By delivering to and leaving with Mary Alice Taylor, Office Assistant in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 303 of the LLCL. Deponent further states, deponent knew said served to be an authorized General Agent in the State of New York.Proof Colorado, LLC mailed a copy of the documents via First Class Mail to DOS, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231 on May 21, 2026.

My perception of the description of the individual served is as follows:
Black or African American Female, est. age 55-64, glasses: Y, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.6544508,-73.7588531
Photograph: See Exhibit 1

Total Cost: $168.70

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Schenectady County

NY        on    5/22/2026        .

/s/ *David Jacques*

Signature

Server Name: David Jacques

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)

| | Decimal | DMS |
|---|---|---|
| Latitude | 42.654941 | 42°39'17" N |
| Longitude | -73.759079 | 73°45'32" W |

2026-05-21(Thu)   12:51(PM)

16°C
61°F