# UNITED STATES DISTRICT COURT

for the

Southern District of New York

**DAVID SOFER and D&BS INVESTORS GROUP LLC**

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Civil Action No. 7:25-cv-07024-NSR |
| **YECHIEL "SAM" SPREI; EDWARD HAROLD KING; FRANK SEDDIO; ANHUI EDGEWATER ST. REALTY LLC IDEAL PARADISE LLC; CHUN PETER DONG; JOHN DOES 1-10; and ABC COMPANIES 1-10** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

Gevorg Hovhannisyan, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on May 21, 2026, at 7:22 pm at 1362 54th Street, Apt. 3F, Brooklym, NY 11219, Deponent served the within Order for WIthdrawal of Attorney, Declaration ISO Motion to Withdraw as Counsel - final.pdf, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Shimon Sprei (hereinafter referred to as "subject") by personal service by handing the above documents to an individual identified as Shimon Sprei. Proof Colorado, LLC mailed a copy of the documents via First Class Mail to 1362 54th Street, Apt. 3F, Brooklym, NY 11219 on May 21, 2026.

Additional Description:
The documents were successfully served to Shimon Sprei.
My perception of the description of the individual served is as follows:
White Male, est. age Unknown, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.6312533333,-73.993545
Photograph: See Exhibit 1

Total Cost: $128.70

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

/s/ *Gevorg Hovhannisyan*

Executed in

Signature

Kings County                              ,        Server Name: Gevorg Hovhannisyan
License#: 2128987-DCWP

NY        on        5/25/2026                   .

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving Shimon Sprei:

Date / Time: May 20, 2026 9:20 am
Address: 1362 54th Street, Apt. 3F, Brooklym, NY 11219
Geolocation: https://google.com/maps?q=40.6310533333,-73.993645
Description: No contact was made at the service address. Observed no relevant details during this attempt. No additional contacts were made.

Exhibit 1a)

