# UNITED STATES DISTRICT COURT

for the
Southern District of New York

**DAVID SOFER and D&BS INVESTORS GROUP LLC**

|  |  |
|---|---|
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 7:25-cv-07024-NSR |
| **YECHIEL "SAM" SPREI; EDWARD HAROLD KING; FRANK SEDDIO; ANHUI EDGEWATER ST. REALTY LLC IDEAL PARADISE LLC; CHUN PETER DONG; JOHN DOES 1-10; and ABC COMPANIES 1-10** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

Willem Joseph, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on May 22, 2026, at 5:34 pm at 2333 E 69th St, Brooklyn, NY 11234-6501, Deponent served the within Signed Order for Withdrawal of Attorney, DECLARATION OF YESHAYA GORKIN IN
SUPPORT OF MOTION TO
WITHDRAW, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Frank Seddio (hereinafter referred to as "subject") by leaving the above documents at the dwelling place or usual place of abode of Frank Seddio with Joyce Seddio who is of suitable age and discretion and the Spouse of Frank Seddio on May 22, 2026 5:34 pm to their last known address at 2333 E 69th St, Brooklyn, NY 11234-6501. Proof Colorado, LLC mailed a copy of the documents via First Class Mail to 2333 E 69th St, Brooklyn, NY 11234-6501 on May 22, 2026.
My perception of the description of the individual served is as follows:
White Female, est. age 45-54, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.6149583333,-73.90435
Photograph: See Exhibit 1

Total Cost: $227.40

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

[✓] I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in

_Kings County_____ ,

__NY____ on __5/22/2026_____ .

/s/ *Willem Joseph*
_____
Signature
Server Name: Willem Joseph
License#: 2133748-DCWP

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving Frank Seddio:

Date / Time: May 18, 2026 7:23 pm
Address: 9306 Flatlands Ave, Brooklyn, NY 11236
Geolocation: https://google.com/maps?q=40.64162,-73.9033966667
Description: Mixed used property recently constructed no listing for Frank Seddio or anyone else can't confirmed anything yet but will come back during business hours



Exhibit 1a)