# UNITED STATES DISTRICT COURT

for the
SOUTHERN DISTRICT OF NEW YORK

**DAVID SOFER and D&BS INVESTORS GROUP LLC**

|  |  |
|---|---|
| *Plaintiff* | ) |
|  | ) |
| v. | ) |
|  | ) |
|  | )  Civil Action No. 7:25-cv-07024-NSR |
| **YECHIEL "SAM" SPREI; EDWARD HAROLD KING; FRANK SEDDIO; ANHUI EDGEWATER ST. REALTY LLC IDEAL PARADISE LLC; CHUN PETER DONG; JOHN DOES 1-10; and ABC COMPANIES 1-10** | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## AFFIDAVIT OF SERVICE

Kyle Williams, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on May 19, 2026, at 10:15 am at 14 Pheasant Run, Highland Mills, NY 10930, Deponent served the within ORDER FOR WITHDRAWAL OF ATTORNEY, DECLARATION OF YESHAYA GORKIN IN SUPPORT OF MOTION TO WITHDRAW, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: David Sofer (hereinafter referred to as "subject") by leaving the above documents at the dwelling place or usual place of abode of David Sofer with Bashe Sofer who is of suitable age and discretion and the Spouse of David Sofer on May 19, 2026 10:15 am to their last known address at 14 Pheasant Run, Highland Mills, NY 10930. Proof Colorado, LLC mailed a copy of the documents via First Class Mail to 14 Pheasant Run, Highland Mills, NY 10930 on May 19, 2026.
My perception of the description of the individual served is as follows:
White Female, est. age 45-54, glasses: N, Unknown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.3621248,-74.1460393
Photograph: See Exhibit 1

Total Cost: $156.90

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative

reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in

Orange County                                                                      ,

NY          on     5/19/2026                          .

/s/ *Kyle Williams*
_____
Signature
Server Name: Kyle Williams

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving David Sofer:

Date / Time: May 19, 2026 10:03 am
Address: 14 Pheasant Run, Highland Mills, NY 10930
Geolocation: https://google.com/maps?q=41.3622706973,-74.1461404496
Description: No contact was made at the service address. Observed package/mail addressed to a different individual. No additional contacts were made.

Exhibit 1a)

