# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 7:25-CV-07024

Date Filed: _____

Plaintiff:
DAVID SOFER AND D&BS INVESTORS GROUP LLC

vs.

Defendant:
YECHIEL "SAM" SPREI, ET AL

For:
Avram Frisch, Esq.

Received by STATUS, L.L.C. to be served on **EDWARD HAROLD KING, 73 BAINBRIDGE ST, BROOKLYN, NY 11233.**

I, MOHAMMED AL-ATRASH, do hereby affirm that on the **19th day of March, 2026** at 3:43 pm, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **"JOHN" "DOE" (REFUSED NAME)** as **AGENT/AUTHORIZED AGENT** at the address of: **73 BAINBRIDGE ST, BROOKLYN, NY 11233**, the within named person's usual place of **Work**, who resides therein, who is fourteen (14) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Perceived Description** of Person Served: Age: 45, Gender: M, Race: BLACK, Height: 5'10", Weight: 180, Hair: BLACK, Glasses: -

I affirm on the date endorsed below, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

**MOHAMMED AL-ATRASH**

4 - 4 - 26

**Date**

**STATUS, L.L.C.**
**PO Box 370**
**Bayville, NJ 08721**
**(908) 688-1414**

Our Job Serial Number: STS-2026015785
Service Fee: _____

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d