

---

## FW: Activity in Case 7:25-cv-07024-NSR Sofer et al v. Sprei et al Order on Motion for Leave to File Document

1 message

**Sam Sam** <oldenequitiesgroup@gmail.com>                                           Mon, Jul 6, 2026 at 10:57 AM
To: RomanNYSDChambers@nysd.uscourts.gov
Cc: Avi Frisch <frischa@avifrischlaw.com>

Good morning.

I am writing to respectfully request an adjournment regarding the plaintiff's letter  I am requesting until July 13 to submit my response.

Please be advised that I have reached out to the plaintiff's attorney regarding this request, but I have not yet received a response.

Thank you for the court's time and consideration of this matter.

Best regards,

Sam sprei

MEMO ENDORSED

The Court grants Defendant Sprei's request for an extension of time until July 13th.
Dated: July 6, 2026
    White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge