

THE LAW OFFICE OF
**AVRAM E. FRISCH LLC**

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

**Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.**

July 28, 2026

VIA ECF

Hon. Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: **Sofer, et al. v. Sprei, et al., Case No. 7:25-cv-07024-NSR**

Dear Judge Román:

This firm represents Plaintiffs David Sofer and D&BS Investors Group LLC in the above-referenced action. I write to advise the Court that the parties have reached an agreement to reinstate the previously executed Settlement Agreement and Mutual Release resolving this matter.

In connection with the reinstatement of that agreement, Defendant Yechiel "Sam" Sprei has made a payment to Plaintiffs, and the parties have agreed upon the schedule on which the balance of the settlement consideration is to be paid. The Settlement Agreement is confidential by its terms, and the parties therefore do not recite its provisions herein.

Accordingly, the parties respectfully request that this action be dismissed without prejudice. The parties further respectfully request that the Court retain jurisdiction over this matter for the purpose of enforcing the terms of the Settlement Agreement. To the extent the Court requires the terms of the Settlement Agreement, or that those terms be incorporated into its order, in order to retain jurisdiction to enforce the agreement, Plaintiffs will promptly provide them, and respectfully request leave to do so in camera or under seal in view of the parties' confidentiality obligations.

Annexed hereto for the Court's convenience is a proposed Order of Dismissal Without Prejudice reflecting the foregoing, which the parties respectfully request that the Court so order. I note that former defense counsel have withdrawn and that Defendant Yechiel "Sam" Sprei is proceeding pro se. I thank the Court for its attention to this matter.

   Respectfully submitted,

   /s/ Avram E. Frisch
   Avram E. Frisch, Esq.
   Attorney for Plaintiffs

 

Page **2** of **2**
Hon. Nelson S. Román, U.S.D.J.

Enclosure: Proposed Order of Dismissal Without Prejudice

cc:     All parties of record (via ECF)
        Yechiel "Sam" Sprei, pro se (via ECF and e-mail)

THE LAW OFFICE OF
AVRAM E. FRISCH LLC